IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUSETT MAAT WISDOM BEY, | : | 1:16-cv-1756 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| STATE OF PENNSYLVANIA, | : | Hon. Susan E. Schwab |
| | : | |
| Respondents. | : | |

## ORDER

### November 22, 2016

**AND NOW**, upon consideration of the Report and Recommendation (Doc. 4) of United States Magistrate Judge Susan E. Schwab recommending that Petitioner's action be dismissed without prejudice for failing to complete the *in forma pauperis* application despite being given leave to do so, and noting that Petitioner has not supplemented or completed her *in forma pauperis* application and further noting that the copy of the Report and Recommendation that was sent to Petitioner from the Clerk of this Court was returned as "Undeliverable; Unable to Forward," and thus further noting that there is no clear error on the record, *see Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (explaining that "failing to timely object to [a report and recommendation] in a civil proceeding may result in forfeiture of *de novo* review at the district court level") and the Court finding Judge

Schwab's analysis to be thorough, well-reasoned, and fully supported by the record

**IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 4) of Magistrate Judge Schwab is **ADOPTED** in its entirety.

2. This matter **DISMISSED** without prejudice

3. The Clerk of Court is directed to **CLOSE** the file on this case.

                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge